# Court of Appeals
# of the State of Georgia

ATLANTA,  October 14, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0452. KEVIN GAMBLE v. MONIQUE NAKIA JACKSON.**

Kevin Gamble filed this direct appeal from the trial court's amended final divorce decree and its order denying his pro se motions. However, appeals from orders in divorce cases must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 538-539 (916 SE2d 738) (2025). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Gamble's failure to follow that procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/14/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.